# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                       **CASE NO: 6:24-mj-1051-DCI**

**ALEXANDER GLENN ROSS**

AUSA: Kara Wick

Defense Attorney: Joshua Lukman, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **January 18, 2024**<br>1:46 P.M. – 2:07 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 21 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Sofia Kollaian |

## CLERK'S MINUTES
### INITIAL APPEARANCE - RULE 5C

Case called, appearances made, procedural setting by the Court.
Court advises defendant of the allegations in the indictment.
Defendant makes ore tenus motion for court appointed counsel. Motion granted. Court appoints FPD for proceedings in the MDFL.
Defendant waives rule 5 hearings.
Government makes ore tenus motion for release.
Motion for release granted. Order setting conditions of release to enter.
Case is removed to the Eastern District of Tennessee.
Court adjourned.